```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

```
DIANA TORRES,                      :

    Petitioner,                    :
                                     CIVIL ACTION 16-00432-WS-M
v.                                 :
                                     CRIMINAL ACTION 12-00277-WS-M
UNITED STATES OF AMERICA,          :

    Respondent.                    :
```

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Respondent's Motion to Dismiss (Doc. 333) be GRANTED, Petitioner's Motion to Vacate (Doc. 331) be DENIED, this action be DISMISSED, and that any certificate of appealability filed by Petitioner be DENIED as she is not entitled to appeal *in forma pauperis*.

DONE this 6th day of December, 2016.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE